UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: DORAL FINANCIAL CORPORATION SECURITIES LITIGATION,<br><br>This filing relates to: ALL ACTIONS | ) Case No. 05-MD-1706 (RO)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, William B. Federman, an attorney admitted to practice in the State of New York and a member of the firm of Federman & Sherwood, hereby certify as follows:

1. On the 27th day of April, 2006, an Opinion & Order was entered in the above cause by the Honorable Richard Owen concerning the derivative actions.

2. Pursuant to the Court's instructions, this Opinion & Order was served on each person shown on the attached Service List by First Class Mail on the 27th day of April, 2006.

3. This service was made by an assistant managing clerk of this firm under my general supervision.

DATED:   Oklahoma City, Oklahoma
         April 27, 2006

_____
William B. Federman

## SERVICE LIST

Douglas M. McKeige, Esq.
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel.: (212) 5544400
Fax: (212) 554-1444
*Counsel for Movant 1199 SEIU Health Care Employees Pension Fund, Activest Investmentgesellscraft MBH, Robert I. Fox*

Charles S. Hey-Maestre, Esq.
**DE JESUS HEY & VARGAS**
1060 Cane Borinquena
Condominio Santa Rita C-8
Rio Piedras, PR 00925
Tel.: (787) 758-8950
Fax: (787) 758-8911
*Counsel for Movant 1199 SEIU Health Care Employees Pension Fund, Activest Investmentgesellscraft MBH, Robert I. Fox*

Ira M. Press, Esq.
Pamela E. Kulsrud, Esq.
**KIRBY MCINERNEY & SQUIRE LLP**
830 Third Ave., 10th Floor
New York, NY 10022
Tel.: (212) 317-2300
Fax (212) 751-2540
*Counsel for Plaintiff Argent Classic Convertible Arbitrage Fund Ltd.*

Aaron Brody, Esq.
Jules Brody, Esq.
Tzivia Brody, Esq.
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel.: (212) 687-7230
Fax: (212) 490-2022
*Counsel for Plaintiff Bruce M. Barich and Movant Veiseh Group*

Joseph H. Weiss, Esq.
**WEISS & LURIE**
551 Fifth Avenue
New York, NY 10176
Tel.: (212) 682-3025
Fax: (212) 682-3010
*Counsel for Plaintiff Bruce M. Barich*

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747
Tel.: (631) 367-7100
Fax: (631) 367-1173
*Counsel for Plaintiff Ben Bernie, Gueorgui Gagov and Movant Institutional Investor Group*

William S. Lerach, Esq.
Darren J. Robbins, Esq.
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
401 B Street, Suite 1600
San Diego, CA 92 101-4297
Tel.: (619) 231-1058
Fax: (619) 231-7423
*Counsel for Plaintiffs Ben Bernie and Gueorgui Gagov*

Jay P. Saltzman, Esq.
Frank R. Schirripa, Esq.
**SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.**
19 Fulton Street, Suite 406
New York, NY 10038
Tel.: (212) 964-0046
Fax: (212) 267-8137
*Counsel for Plaintiff Samuel Borger*

1

Glenn Carl James, Esq.
**JAMES LAW OFFICE**
PMB 501
1353 Rd. 19
Guaynabo, PR 00966-2700
Tel.: (787) 763-2888
Fax: (787) 763-2881
*Counsel for Plaintiff Deerfield Beach Non-Uniformed Municipal Employees Plan and Movant Local 825 Group/TRSL Group*

John E. Mudd, Esq.
**LAW OFFICES JOHN E. MUDD**
P.O. Box 194134
Hato Rey, PR 00919
Tel.: (787) 754-7698/(787) 413-1673
Fax: (787) 766-1596
*Counsel for Plaintiff Deerfield Beach Non-Uniformed Municipal Employees Plan and Movant Local 825 Group1TRSL Group*

Maya Saxena, Esq.
Joseph E. White, Esq.
Ariel Acevedo, Esq.
**MILBERG WEISS BERSHAD & SCHULMAN LLP**
5200 Town Center Circle, Suite 600
Boca Raton, FL 33486
Tel.: (787) 754-76981(787) 413-1673
Fax: (787) 766-1596
*Counsel for Plaintiff Deerfield Beach Non-Uniformed Municipal Employees Plan and Movant Local 825 Group/TRSL Group*

Nelson Rivera Cabrera, Esq.
**LAW OFFICES OF NELSON RIVERA CABRERA**
P.O. Box 195277
San Juan, P.R. 00919-5277
Tel.: (787) 758-3245
Fax: (787) 758-7028
*Counsel for Plaintiff Doral Investor Group*

David IL Scott, Esq.
Neil Rothstein, Esq.
**SCOTT & SCOTT, LLC**
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-3818
*Counsel for Plaintiffs Michael Faith and Harold Faverman*

Arthur L. Shingler III
**SCOTT & SCOTT, LLC**
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
*Counsel for Plaintiffs Michael Faith, Harold Faverman and Movant Doral Investor Group*

Robert L. Harwood, Esq.
Jeffrey M. Norton, Esq.
**WECHSLER HARWOOD LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel.: (212) 935-7400
Fax: (212) 753-3630
*Counsel for Plaintiffs Michael Faith and Harold Faverman and Movant Doral Investor Group*

Michael E. Criden, Esq.
**HANZMAN & CRIDEN, P.A.**
220 Alhambra Circle, Suite 400
Coral Gables, FL 33134
Tel.: (305) 357-9000
Fax: (305) 357-9050
*Counsel for Plaintiff James Finn and Movant 1199 SEIU Health Care Employees Pension Fund, Activest Investmentgesellscraft MBH, Robert I. Fox*

2

Richard A. Speirs, Esq.
Joseph Lipofsky, Esq.
Soria R. Shah, Esq.
**ZWERLING, SCHACTER & ZWERLING, LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
Tel.: (212) 223-3900
Fax: (212) 371-5969
*Counsel for Plaintiff James Finn and Movant 1199 SEIU Health Care Employees Pension Fund, Activest Investmentgesellscraft MBH, Robert I. Fox*

Kevin M. McGee, Esq.
**ZWERLING, SCHACTER & ZWERLING, LLP**
595 South Federal Highway
Suite 600
Boca Raton, FL 33432
Tel.: (561) 544-2500
Fax: (561) 544-2501
*Counsel for Plaintiff James Finn*

James Stranch, III
**BRANSTETTER, KILGORE, STRANCH & JENNINGS**
227 Second Avenue North, 4th Floor
Nashville, TN 37201
Tel.: (615) 254-8801
Fax (615) 255-5419
*Counsel for Plaintiff Carlos Garcia Flores*

Archie Lamb, Jr., Esq.
**LAMB LAW FIRM**
2017 2nd Avenue North, Suite 200
Birmingham, AL 35203 Tel..: (205) 324-4644 Fax: (205) 324-4649
*Counsel for Plaintiff Carlos Garcia Flores*

Eric Quetglas Jordan, Esq.
Jose Quetglas Jordan, Esq.
**QUETGLAS LAW OFFICES**
P.O. Box 16606
San Juan, PR 00908
Tel.: (787) 722-0635/(787) 722-7745
Fax: (787) 725-3970
*Counsel for Plaintiff Carlos Garcia Flores and Movant Institutional Investor Group*

Joe R. Whatley, Jr., Esq.
Richard P. Rouco, Esq.
**WHATLEY DRAKE, LLC**
2323 Second Avenue North
Birmingham, AL 35203
Tel.: (205) 328-9576
Fax: (205) 328-9669
*Counsel for Plaintiff Carlos Garcia Flores*

William B. Federman, Esq.
**FEDERMAN & SHERWOOD**
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102 Tel.:
(405) 235-1560
Fax: (405) 239-2112
*Counsel for Plaintiff Samuel Freeborn, III*

Jonathan M. Plasse, Esq.
Christopher J. Keller, Esq.
Shelley Thompson, Esq.
**GOODKIND LABATON RUDOFF & SUCHAROW LLP**
100 Park Avenue
New York, NY 10017-5563
Tel.: (212) 907-0700
Fax: (212) 818-0477
*Counsel for Plaintiff Galaxy Electronics Corporation*

3

Marian P. Rosner, Esq.
Michael A. Schwartz, Esq.
Ken H. Chang, Esq.
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Tel.: (212) 759-4600
Fax: (212) 486-2093
*Counsel for Plaintiff Marc D. Grobler*

Brian J. Robbins, Esq.
Marc M. Umeda, Esq.
**ROBBINS UMEDA & FINK LLP**
610 West Ash Street, Suite 1800
San Diego, CA 92101
Tel: (619) 525-3990
Fax: (619) 525-3991
*Counsel for Plaintiff Gueorgui Gagov*

Leigh R. Lasky, Esq.
**LASKY & RIFKIND, LLP**
100 Park Avenue, 12th Floor
New York, NY 10017
Tel.: (212) 917-0800
Fax: (212) 684-6083
*Counsel for Plaintiff Gueorgui Gagov
and Estelle Heimann*

Paul T. Warner, Esq.
**REICH & BINSTOCK LLP**
4265 San Felipe, Suite 1000
Houston, TX 77027
Tel.: (713) 622-7271
Fax: (713) 623-8724
*Counsel for Plaintiff Estelle Heimann*

Lionel Z. Glancy, Esq.
Michael Goldberg, Esq.
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel.: (310) 210-9150
Fax: (310) 201-9160
*Counsel for Plaintiff Michael Janicek*

Eric J. Belfi, Esq.
Christopher S. Hinton, Esq.
**MURRAY, FRANK & SAILOR LLP**
275 Madison Ave., 8th Floor
New York, NY 10016
Tel.: (215) 682-1818
Fax: (215) 682-1892
*Counsel for Plaintiff Michael Jan Leek*

Barry R. Lax
Mitchell S. Cabot
**THE LAX LAW FIRM**
470 Park Avenue South
100th Floor North
New York, NY 10016
(212) 696-1999
*Counsel to Thomas Jordan*

Todd Collins, Esq.
**BERGER & MONTAGUE**
1622 Locust Street
Philadelphia, PA 19102
Tel.: (215) 875-3000
Fax: (215) 875-4604; 875-4608
*Counsel for Plaintiff Andrew Lapat*

Jacob A. Goldberg, Esq.
**JACOB A. GOLDBERG, ESQ., LLC**
P.O. Box 30132
7804 Gayl Road
Elkins Park, PA 19012
Tel.: (215) 782-8235
*Counsel for Plaintiff Andrew Lapat*

Deborah R. Gross, Esq.
**LAW OFFICES OF BERNARD M.
GROSS, P.C.**
Suite 450, Wanamaker Bldg.
Juniper & Market Streets,
100 Penn Square East
Philadelphia, PA 19107
Tel.: (215) 561-3600
Fax: (215) 561-3000
*Counsel for Plaintiff Andrew Lapat*

4

Lee Squitieri, Esq.
**SQUITIERI & FEARON, LLP**
32 East 57th Street, 12th Floor
New York, NY 10022
Tel.: (212) 421-6492
Fax: (212) 421-6553
*Counsel for Plaintiff Andrew Lapat*

Geoffrey W. Eisenhofer, Esq.
**GRANT & EISENHOFER P.A.**
1201 N. Market Street, Suite 2100
Chase Manhattan Center
Wilmington, DE 19801
Tel. (302) 622-7000
Fax: (302) 622-7100
*Counsel for Movant Local 825
Group/TRSL Group*

Stuart L. Berman, Esq.
Sean M. Handler, Esq.
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
*Counsel for Movant Local 825
Group/TRSL Group*

Evan J. Smith, Esq.
**BRODSKY & SMITH, LLC**
240 Mineola Boulevard
Mineola, NY 11501
Tel.: (516) 741-4977
*Counsel for Plaintiff Carlton Orchinik*

Marc A. Topaz, Esq.
Richard A. Maniskas
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
*Counsel for Plaintiff Carlton Orchinik*

Brian M. Felgoise, Esq.
**LAW OFFICES OF BRIAN M. FELGOISE, P.C.**
261 Old York Road
P.O. Box 706
Jenkintown, PA 19046
Tel.: (215) 886-1900
*Counsel for Plaintiff
Rosenbaum Capital, LLC*

Marc S. Henzel, Esq.
**LAW OFFICES OF MARC S. HENZEL**
335 Central Avenue
Lawrence, NY 11559
Tel.: (516) 374-0707
*Counsel for Plaintiff
Rosenbaum Capital, LLC*

Jeffrey S. Abraham, Esq.
Jack G. Fruchter, Esq.
**ABRAHAM FRUCHTER & TWERSKY LLP**
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Tel.: (212) 279-5050
Fax: (212) 279-3655
*Counsel for Plaintiff Allen Scheiner*

George E. Keller, Esq.
Darren T. Kaplan, Esq.
**CHITWOOD HARLEY HARNES, LLP**
11 Grace Avenue
Great Neck, NY 10021
Tel.: (561) 773-6090
Fax: (404) 876-4476
*Counsel for Plaintiff Bruce Simons*

Michael R. Young
Kelly M. Hnatt
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 728-8000
*Counsel for Defendant Ricardo Melendez*

5

Martin D. Chitwood, Esq.
Stuart J. Guber, Esq.
Meryl W. Edelstein, Esq.
**CHITWOOD HARLEY HARNES, LLP**
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309
Tel.: (404) 873-3900
Fax: (404) 876-4476
*Counsel for Plaintiff Bruce Simons*

Jay W. Eisenhofer
Stuart M. Grant
**GRANT & EISENHOFER P.A.**
45 Rockefeller Center
630 Fifth Avenue
New York, New York 10111
Tel: (212) 755-6501
Fax: (212) 755-6503
*Counsel to The Teachers' Retirement System of Louisiana*

Steven N. Williams, Esq.
**COTCHETT, PITRE, SIMON & MCCARTHY**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
*Counsel for Plaintiff Anthony J. Tesoro*

Clifford IL Pearson, Esq.
**WASSERMAN, COMDEN, CASSELMAN & PEARSON L.L.P.**
5567 Reseda Boulevard, Suite 330
P.O. Box 7033
Tarzana, California 90212
Tel.: (818) 705-6800
Fax: (818) 996-8266
*Counsel for Plaintiff Anthony J. Tesoro*

Jeffrey C. Block, Esq.
Michael Lange, Esq.
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Tel.: (617) 542-8300
Fax: (617) 542-1194
*Counsel for Plaintiff Thanh D. Vu*

Charles J. Piven, Esq.
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
Tel.: (410) 986-0036
Fax: (410) 685-1300
*Counsel for Plaintiff Thanh D. Vu*

Eduard Korsinsky, Esq.
**ZIMMERMAN, LEVI & KORSINSKY, LLP**
39 Broadway, Suite 1601
New York, NY 10006
Tel.: Tel: (212) 363-7500
Fax: (212) 363-7171
*Counsel for Plaintiff Thanh D. Vu*

Diana Weiss, Esq.
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Washington Harbor
3050 K Street, N.W.
Washington, D.C. 20007
Tel.: (202) 339-8400
Fax: (202) 339-8500
*Counsel for Defendant PricewaterhouseCoopers*

Lynn A. Dummett
Barry W. Rashkover
**SIDLEY AUSTIN BROWN & WOOD LLP**
787 Seventh Avenue
New York, New York 10019
Tel.: (212) 839-5300
Fax: (212) 839-5599
*Counsel for Defendant Salomon Levis*

Jesus E. Cuza, Esq.
**Greenberg Traurig, P.A.**
401 East Las Olas Boulevard
20th Floor
Fort Lauderdale, FL 33301
Tel.: (954) 768-8241 Fax: (954) 765-1477
*Counsel for Defendant Mario S. Levis*

Jeffrey B. Sklaroff, Esq.
**Greenberg Traurig, LLP**
200 Park Avenue 15th Floor
New York, New York 10166
Tel.: (212) 801-9200 Fax: (212) 801-6400
*Counsel for Defendant Mario S. Levis*