UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re DORAL FINANCIAL CORPORATION  :   Master Docket No. 1:05-md-01706-RO
SECURITIES LITIGATION              :   (Civil Action No. 1:05-cv-04014-RO)
                                   :
———————————————————            :   **ELECTRONICALLY FILED**
                                   :
This Document Relates To:          :   CLASS ACTION
                                   :
    ALL ACTIONS.                   :
———————————————————— x

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING TIME TO FILE
CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS
CONSOLIDATED COMPLAINT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/06

WHEREAS, by Order dated February 8, 2006, the Court appointed the West Virginia Investment Management Board as Lead Plaintiff in the consolidated action captioned "*In re Doral Financial Corporation Securities Litigation*" (the "Class Action");

WHEREAS, on February 27, 2006, Doral Financial Corporation ("Doral" or the "Company") filed its amended Form 10-K/A, for the Company's 2004 financial year with the Securities and Exchange Commission ("SEC") and included restated financial results for financial years 2000 through 2004;

WHEREAS, on May 3, 2006, Doral filed its Form 10-Q for the first three quarters of the Company's 2005 financial year with the SEC;

WHEREAS, Lead Plaintiff intends to file a Consolidated Complaint;

WHEREAS, defendants intend to file motions to dismiss;

WHEREAS, the parties agree that extending the time for filing a Consolidated Complaint may avoid the need for filing multiple amended complaints and motions to dismiss, and therefore, will conserve the resources of the parties and the Court, and further the efficient adjudication of the Class Action; and

WHEREAS, the parties are in agreement that, in light of the foregoing, and subject to the approval of the Court, an extension of the time to file a Consolidated Complaint and the establishment of this schedule is in the best interests of the parties and the Court.

The parties hereby STIPULATE and AGREE, subject to Court approval, as follows:

1.     Lead Plaintiff shall file a Consolidated Complaint in the Class Action by June 22, 2006.

2.     Defendants shall answer, move or otherwise respond to the Consolidated Complaint in the Class Action by September 15, 2006.

- 1 -

3.       Lead Plaintiff shall have until October 30, 2006 to serve opposition papers on the motion.

4.       Defendants shall have until December 4, 2006 to serve reply papers.

5.       The Court shall conduct a hearing on all pending motions on December 14, 2006 at 10:00 a.m.

6.       In the event defendants move to dismiss the Consolidated Complaint pursuant to paragraph 2 above and the Court denies defendants' motion, defendants shall have 45 days from the date of the Court's order denying said motion to answer or otherwise respond to the Consolidated Complaint.

DATED: May ___, 2006
        June 1, 2006

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
ROBERT M. ROTHMAN (RR-6090)


_____
                    SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JONATHAN E. BEHAR
MICHAEL F. GHOZLAND
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

Lead Counsel for Plaintiffs

- 2 -

DATED: May 30, 2006

CLEARY GOTTLIEB STEEN &
  HAMILTON LLP
MATTHEW D. SLATER (MS-5416)

_____
MATTHEW D. SLATER

2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
Telephone: 202/974-1500
202/974-1999 (fax)

Attorneys for Defendants Doral Financial Corp.,
Zoila Levis, David R. Levis, and Richard F. Bonini

DATED: May ___, 2006

SIDLEY AUSTIN LLP
BARRY W. RASHKOVER (BR-6413)
LYNN A. DUMMETT (LD-2717)

_____
BARRY W. RASHKOVER

787 Seventh Avenue
New York, NY 10019
Telephone: 212/839-5300
212/839-5599 (fax)

Attorneys for Defendant Salomon Levis

- 3 -

DATED: May ___, 2006

CLEARY GOTTLIEB STEEN &
   HAMILTON LLP
MATTHEW D. SLATER (MS-5416)

_____

MATTHEW D. SLATER

2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
Telephone: 202/974-1500
202/974-1999 (fax)

Attorneys for Defendants Doral Financial Corp.,
Zoila Levis, David R. Levis, and Richard F. Bonini

DATED: May 31, 2006

SIDLEY AUSTIN LLP
BARRY W. RASHKOVER (BR-6413)
LYNN A. DUMMETT (LD-2717)

_____
BARRY W. RASHKOVER
LYNN A. DUMMETT

787 Seventh Avenue
New York, NY 10019
Telephone: 212/839-5300
212/839-5599 (fax)

Attorneys for Defendant Salomon Levis

- 3 -

DATED: ~~May~~ June 1 , 2006

GREENBERG TRAURIG, ~~P.A.~~ LLP
JEFFREY B. SKLAROFF (JS-4427)

_____
JEFFREY B. SKLAROFF

200 Park Avenue
New York, NY 10166
Telephone: 212/801-9200
212/801-6400 (fax)

GREENBERG TRAURIG, P.A.
JESÚS E. CUZA-ABDALA
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954/768-8241
954/765-1477 (fax)

Attorneys for Defendant Mario S. Levis

DATED: May ___, 2006

WILLKIE FARR & GALLAGHER LLP
MICHAEL R. YOUNG (MY-3041)
KELLY M. HNATT (KH-6894)

_____
KELLY M. HNATT

787 Seventh Avenue
New York, NY 10019
Telephone: 212/728-8000
212/728-8111 (fax)

Attorneys for Defendant Ricardo Melendez

- 4 -

DATED: May ___, 2006

GREENBERG TRAURIG, P.A.
JEFFREY B. SKARLOFF (JS-4427)


_____
JEFFREY B. SKARLOFF

200 Park Avenue
New York, NY 10166
Telephone: 212/801-9200
212/801-6400 (fax)

GREENBERG TRAURIG, P.A.
JESÚS E. CUZA-ABDALA
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, FL  33301
Telephone:  954/768-8241
954/765-1477 (fax)

Attorneys for Defendant Mario S. Levis

DATED: May ___, 2006

*June 1, 2006*

WILLKIE FARR & GALLAGHER LLP
MICHAEL R. YOUNG (MY-3041)
KELLY M. HNATT (KH-6894)


_____
KELLY M. HNATT

787 Seventh Avenue
New York, NY  10019
Telephone: 212/728-8000
212/728-8111 (fax)

Attorneys for Defendant Ricardo Melendez

- 4 -

DATED: May 3 , 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP
DIANA L. WEISS (DW-0150)
JAMES A. MEYERS  ( JM - 5231)
KENNETH Y. TURNBULL

JAMES A. MEYERS

3050 K. Street, N.W.
Washington, D.C.  20007
Telephone:  202/339-8400
202/339-8500 (fax)

Attorneys for Defendant PricewaterhouseCoopers
LLP

\*    \*    \*

**O R D E R**

IT IS SO ORDERED.
DATED:

THE HONORABLE RICHARD OWEN
UNITED STATES DISTRICT JUDGE

U:\CasesLA\Doral Financial\S_O00029075.doc

- 5 -